# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| **LARRY ANTHONY CLYBURN**, | ) |
| Petitioner, | ) Case No. 7:11CV00097 |
| v. | ) **ORDER** |
| **DAVID BERKEBILE**, | ) By: James P. Jones |
| | ) United States District Judge |
| Respondent. | ) |

For the reasons set forth in the Opinion accompanying this Final Order, it is

**ADJUDGED AND ORDERED** that the Petition for a Writ of Habeas Corpus, pursuant to 28 U.S.C.A. § 2241 is hereby DISMISSED without prejudice for lack of jurisdiction and is stricken from the active docket of the court.

ENTER: March 21, 2011

/s/ JAMES P. JONES
Chief United States District Judge